**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**YASSER A. IBRAHIM SOLIMAN,**

    **Plaintiff,**

v.                                                         Case No.  8:06-cv-1811-T-30MSS

**HILLSBOROUGH SCHOOL DISTRICT,**

    **Defendant.**

_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendant's Proposed Bill of Costs (Dkt. #25) and Memorandum in Support of Bill of Costs (Dkt. #26). Summary Judgment (Dkt. #24) was entered against Plaintiff and in favor of Defendant on May 8, 2008. Defendant now seeks costs in the amount of $629.70. The Court concludes that Defendant is entitled to recover all costs contained in its Proposed Bill of Costs.

It is therefore ORDERED AND ADJUDGED that:

1.     Defendant's Proposed Bill of Costs (Dkt. #25) is **GRANTED**.

2.     The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff and in favor of Defendant School District of Hillsborough County in the amount of **$629.70** for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on June 17, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1811.bill of costs 25.frm